| | |
|---|---|
| James J. Arendt, Esq. | Bar No. 142937 |
| Michael R. Linden, Esq. | Bar No. 192485 |

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, LISA BIGGS, SHARI HALL, ROD SPAULDING, TERRENCE HOLLY, MARIO LEAL, PETE CHAVEZ and JOHN LEW

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORALES-OPETT, | CASE NO. 1:02-CV-06626 LJO DLB |
| Plaintiff, | |
| vs. | ORDER REMOVING DEFENDANTS FROM COURT DOCKET |
| COUNTY OF FRESNO, et al. | |
| Defendants. | |
| | |
| | CASE NO. 1:02-CV-06627 LJO DLB |
| CAROL DELA TORRE, | |
| Plaintiff, | ORDER REMOVING DEFENDANTS FROM COURT DOCKET |
| vs. | |
| COUNTY OF FRESNO, et al. | |
| Defendants. | |

In accordance with this Court's February 28, 2005 Order on Defendants' Motion for Summary Judgment, it is hereby ORDERED that the following individuals be identified as "TERMINATED" defendants on the Court's docket: Sara Segler, Jack Jones, B. Gottselig, S. Hatch, K. Bauer, T. Alvarez, J. Swenning, Xong Vue, J. Perez, L. Brock, R. Pole, J.Smith, C.

Reyes, F. Reyna, J. Orth, J. Waide, L. Hayes, S. Chaney, C. Crapo, R. Weigandt, L. Cotter, A. Gill, F. Esquivel, J. Kantarakis, S. Thomas, Joel Nichols, F. Starks, V. Byas, W. Wehner, Yolanda Moralez, Ogan, and Sam Cortina.

**IT IS SO ORDERED.**

DATED: October 6, 2008                             /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE